

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2022

No. 04-22-00848-CV

**IN THE INTEREST OF S.P. AND H.P., MINOR CHILDREN**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00618
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

This is an accelerated appeal from an order denying appellant's motion to compel arbitration in a SAPCR case. The clerk's record was filed on December 22, 2022. The reporter's record was due on December 27, 2022, and remains pending.

On December 22, 2022, Appellant filed a Motion to Further Accelerate Interlocutory Appeal and Proceed on Sworn Record. Appellant's motion is DENIED. We ORDER Craig Carter, the court reporter responsible for filing the record in this appeal, to file the reporter's record on or before **January 9, 2023**. Because this appeal is accelerated, requests for extension of time will be disfavored.

Appellant filed his brief on December 22, 2022. Because it was filed before the filing of the appellate record, it does not contain citations to the record. We ORDER appellant to file an amended brief with citations to the record within twenty days of filing of the reporter's record. Appellee's brief will be due twenty days after appellant's amended brief is filed.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court